# Order

Michigan Supreme Court
Lansing, Michigan

December 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143088

PENNY JO JOHNSON,
Plaintiff-Appellee,

v

SC: 143088
COA: 294363
Osceola CC: 08-011513-NF

JOHN RECCA,
Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the April 5, 2011 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether MCL 500.3135(3)(c), which permits an injured person to recover excess damages for allowable expenses, work loss, and survivor's loss in third-party actions, includes within its scope the cost of replacement services rendered more than three years after the date of the motor vehicle accident.

The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc., are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2011

_____
Clerk

d1130